UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVE URVAN AND TVP INVESTMENTS, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>PARTNERS OPPORTUNITY FUND I, L.P., ET AL.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-153-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the defendants' motion for summary judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that judgment be entered in favor of Defendants and against Plaintiff, and dismissing Counts I,II,III,IV,V,VI,VII,VIII,IX,X, and XIII of the Plaintiffs' Amended Complaint with Prejudice, and dismissing Counts XI and XII without prejudice.

Dated at Atlanta, Georgia, this 18th day of April, 2023.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                              By:   L. Beck
                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 18, 2023
Kevin P. Weimer
Clerk of Court

By:   L. Beck
       Deputy Clerk